PER CURIAM.
Affirmed. See Sharick v. Southeastern University of the Health Sciences, Inc., 780 So.2d 136, 139, n. 1 (Fla. 3d DCA 2000), review granted, 804 So.2d 330 (Fla.2001), 805 So.2d 809 (Fla.2002), review dismissed, 822 So.2d 1290 (Fla.2002); Baptist Health Systems of South Florida, Inc. v. Rae, 753 So.2d 752 (Fla. 3d DCA 2000), review denied, 770 So.2d 160 (Fla.2000); Gamma Phi Chapter of Sigma Chi Fraternity v. University of Miami, 718 So.2d 910 (Fla. 3d DCA 1998); Montalvo v. University of Miami, 705 So.2d 1042 (Fla. 3d DCA 1998); Pushkin v. Lombard, 279 So.2d 79 (Fla. 3d DCA 1973), cert. denied, 284 So.2d 396 (Fla.1973).